IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00446-DSC

| | |
|---|---|
| RODNEY CHAD HULON, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THRILL ZONE, et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Joint Motion for Relief from Local Rule 16.2 [Requiring All Parties to Appear at Mediated Settlement Conference]" (document # 11) filed April 24, 2013. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: April 29, 2013

David S. Cayer
United States Magistrate Judge